NO. 28393

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

Electronically Filed
Intermediate Court of Appeals
28393
29-SEP-2010
01:02 PM

STATE OF HAWAIʻI, Respondent-Plaintiff-Appellee,

vs.

DONALD ISEKE, Petitioner-Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR NO. 06-1-2080)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ

of certiorari filed on August 16, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 29, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice

Jeffrey A. Hawk of
Hawk Sing Ignacio & Waters
for petitioner-defendant-
appellant on the application

---

[1]Considered by:  Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ., and Circuit Judge Pollack in place of Moon, C.J., recused and retired.